1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7    RAYMOND L. HOYT, et al.,                        Case No.  15-cv-05422-MEJ

                   Plaintiffs,
8                                                    ORDER RE: CONSENT FROM
          v.                                         PLAINTIFF RAYMOND L. HOYT
9
                                                     REMINDER RE: ORDER REFERRING
10   OCWEN LOAN SERVICING, LLC, et al.,              CASE TO ADR UNIT

                   Defendants.
11

12

13   **A.      Consent to Magistrate Judge Jurisdiction**

14            On November 27, 2015, Plaintiff Raymond L. Hoyt, who appears pro se in this matter,

15   filed a Consent to Magistrate Judge Jurisdiction.  Dkt. No. 6.  However, he subsequently filed a

16   request for reassignment on December 4, 2015.  Dkt. No. 11.

17            In accordance with 28 U.S.C. § 636(c)(1), the magistrate judges of this District are

18   designated to conduct all proceedings in a civil case upon the consent of the parties.  All parties

19   have the right to have their case assigned to a United States District Judge for trial and disposition,

20   and they are free to withhold consent without adverse substantive consequences.  *Id.* § 636(c)(2).

21   However, once consent is granted, there is no absolute right to withdraw consent to jurisdiction

22   before a magistrate judge.  *See United States v. Neville*, 985 F.2d 992 (9th Cir. 1993).  In ruling on

23   a motion to withdraw consent, courts consider factors including timeliness, whether granting the

24   motion would unduly interfere with or delay the proceedings, the burdens and costs to litigants,

25   and whether consent was voluntary and uncoerced.  *Id.* at 1000.

26            Mr. Hoyt's attempted withdrawal of consent is not accompanied by any explanation of the

27   grounds for withdrawal.  Further, there is no indication in the record that Mr. Hoyt's consent was

28   coerced as he filed it two days after filing his Complaint.  Accordingly, the Court finds there is no

*United States District Court*
*Northern District of California*

United States District Court
Northern District of California

1   good cause or extraordinary circumstances justifying the withdrawal of consent.  Therefore, Mr.

2   Hoyt's request to withdraw his consent to proceed before a magistrate judge is DENIED.

3   **B.      ADR Department Referral**

4          The Court reminds Plaintiffs that it previously vacated all pending deadlines in this case

5   and referred the parties to the ADR Department for a telephone conference to assess the case's

6   suitability for mediation or a settlement conference.  Dkt. No. 9.  The Court did so based on Mr.

7   Hoyt's "Request to Expedite Decision on Indigency," in which he stated the foreclosure sale of

8   Plaintiffs' residence was scheduled for December 7, 2015.  Dkt. No. 7.  However, since the

9   referral, the ADR Department has tried multiple times to contact Plaintiffs, to no avail.

10  Accordingly, the Court ORDERS Plaintiffs to call the ADR Department at (415) 522-2199 by

11  December 16, 2015.  Plaintiffs are advised that their failure to contact the ADR Department by

12  December 16 may result in the dismissal of their case pursuant to Federal Rule of Civil Procedure

13  41(b).

14          **IT IS SO ORDERED.**

15

16  Dated: December 9, 2015

17  _____

18  MARIA-ELENA JAMES
    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    RAYMOND L. HOYT, et al.,                Case No.   15-cv-05422-MEJ

                Plaintiffs,

5

6         v.                                 **CERTIFICATE OF SERVICE**

7    OCWEN LOAN SERVICING, LLC, et al.,

                Defendants.

8

9

10        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12        That on December 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15   Marjorie A. Hoyt
     Raymond L. Hoyt
16   162 Oakridge Drive
     Danville CA 94506

17

18

19

20

21

22   Dated: December 9, 2015

23                                           Richard W. Wieking
                                             Clerk, United States District Court

24

25

26   By: _____
                                             Chris Nathan, Deputy Clerk to the
27                                           Honorable MARIA-ELENA JAMES

28

3