UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. HOYT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>      Defendants. | Case No.  15-cv-05422-VC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 28, 29 |

On April 11, 2016, the plaintiffs filed a "motion to amend" and a "motion to perpetuate testimony."  Although the plaintiffs filed them as noticed motions, the Court considers these to be administrative motions.  Accordingly, the defendant must file a response no later than April 15, 2016.

**IT IS SO ORDERED.**

Dated: April 13, 2016

VINCE CHHABRIA
United States District Judge