UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. HOYT, et al., <br>     Plaintiffs, <br> v. <br> OCWEN LOAN SERVICING, LLC, et al., <br>     Defendants. | Case No. 15-cv-05422-VC <br><br> **ORDER** |

The plaintiffs have emailed a document to the Court without properly filing it. The Court will not consider this document, nor will it consider any submission from the plaintiffs, until it is properly filed and served. If the plaintiffs are in need of assistance, they should contact the JDC Legal Help Center for pro se litigants at 415-782-8982, or visit the Help Center's website (http://www.cand.uscourts.gov/helpcentersf) for further information.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. HOYT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-05422-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie A. Hoyt
162 Oakridge Drive
Danville, CA 94506

Raymond L. Hoyt
162 Oakridge Drive
Danville, CA 94506

Dated: April 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2