MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
BRIAN S. WHITTEMORE (State Bar No. 241631)
bsw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A. and OCWEN
LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND L. AND MARJORIE A. HOYT, <br><br> Plaintiffs, <br><br> vs. <br><br> OCWEN LOAN SERVICING, LLC AND BANK OF AMERICA, N.A. AND WESTERN PROGRESSIVE, LLC, <br><br> Defendants. | Case No. CV-15-05422-VC <br><br> **ADMINISTRATIVE REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** <br> Date: May 17, 2016 <br> Time: 11:00 a.m. <br> Crtrm.: 4; 17th Floor <br><br> The Hon. Vince Chhabria <br><br> Action Filed: November 25, 2015 <br> Trial Date: None Set |

1    Defendants BANK OF AMERICA, N.A. and OCWEN LOAN SERVICING, LLC
2  ("Defendants") respectfully request that this Court continue the Initial Case Management
3  Conference now set for May 17, 2016 and all associated deadlines.
4    Defendants request this continuance after their motion to dismiss pursuant to Fed. R. Civ.
5  Proc. 12(b)(6) was taken under submission on May 5, 2016 and pending a determination.
6    Accordingly, this case is not yet at issue and Defendants respectfully request that this
7  Court continue the Initial Case Management Conference, and all associated deadlines, to a future
8  date sufficient to allow Defendants to obtain a ruling on their motion to dismiss.

10  DATED: May 10, 2016                    SEVERSON & WERSON
                                          A Professional Corporation

13                                        By:    /s/ Brian S. Whittemore
                                                 Brian S. Whittemore

                                          Attorneys for Defendants
                                          BANK OF AMERICA, N.A. and OCWEN LOAN
                                          SERVICING, LLC

19  Date: May 11, 2016

**GRANTED**

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA