UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND L. HOYT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-05422-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. Nos. 40, 41, 42 |

　　　　On May 17, 2016, the Court dismissed the plaintiffs' claims against the two moving defendants (Bank of America and Ocwen Loan Servicing) with leave to amend within 21 days.[1] Dkt. No. 40. The plaintiffs have not filed an amended complaint, even though the deadline for doing so passed over two months ago. Accordingly, the Clerk of Court is directed to close the case. The motions to dismiss for failure for to prosecute filed by Bank of America and Ocwen Loan Servicing, Dkt. Nos. 41, 42, are denied as moot.

　　　　**IT IS SO ORDERED.**

Dated: August 17, 2016

_____
VINCE CHHABRIA
United States District Judge

---

[1] The remaining defendant, Western Progressive, was never served. *See* Dkt. No. 43.